**IN RE: Trisha Ann WARD**

**NO. 2016-B-2003**

Supreme Court of Louisiana.

12/01/2016

**STATE EX REL. Iley DOTCH**

v.

**STATE of Louisiana**

**No. 15–KH–1418**

Supreme Court of Louisiana.

11/29/2016

**PER CURIAM:**

Denied. The application was not timely filed in the district court, and relator fails to carry his burden to show that an exception applies. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93–2330 (La. 9/5/95), 660 So.2d 1189.

Relator has now fully litigated at least four applications for post-conviction relief in state court. Similar to federal habeas relief, see 28 U.S.C. § 2244, Louisiana post-conviction procedure envisions the filing of a second or successive application only under the narrow circumstances provided in La.C.Cr.P. art. 930.4 and within the limitations period as set out in La. C.Cr.P. art. 930.8. Notably, the Legislature in 2013 La. Acts 251 amended that article

**ORDER**

Considering the Joint Petition for Interim Suspension filed by respondent, Trisha Ann Ward, and the Office of Disciplinary Counsel,

IT IS ORDERED that Trisha Ann Ward, Louisiana Bar Roll number 31485, be and she hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19.3, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.

FOR THE COURT:

/s/ Bernette J. Johnson

JUSTICE, SUPREME COURT OF LOUISIANA